# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **JAMES SPITZLEY, et al.,** | }<br>} |
| Plaintiffs, | }<br>} |
| v. | } Case No.: 7:21-CV-74-RDP<br>} |
| **MERCEDES BENZ INTERNATIONAL, et al.,** | }<br>}<br>} |
| Defendants. | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 36), filed September 29, 2022, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this September 30, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE